**No. 10-8220. Rufino Mondragon, aka Tufeno Mondragon, Petitioner v. United States.**

562 U.S. 1239, 131 S. Ct. 1522, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1545.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-8222. Terrence Peters, Spencer Peters, and Clifford Noel, Petitioners v. United States.**

562 U.S. 1239, 131 S. Ct. 1522, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1621.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 161.

**No. 10-8225. Michael Charles Wainwright, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1239, 131 S. Ct. 1522, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1636.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-8229. Karl Londell Martin, Petitioner v. Virginia.**

562 U.S. 1239, 131 S. Ct. 1522, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1585.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-8232. Peter Makusi Otemba Owuor, Petitioner v. United States.**

562 U.S. 1239, 131 S. Ct. 1522, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1568.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 397 Fed. Appx. 572.

**No. 10-8233. Sylvester Middleton, Jr., Petitioner v. United States.**

562 U.S. 1239, 131 S. Ct. 1523, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1597.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8234. Anthony Rankin, Petitioner v. United States.**

562 U.S. 1239, 131 S. Ct. 1523, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1583.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 561.

**No. 10-8238. Sengchanh Dia Savath, Petitioner v. United States.**

562 U.S. 1239, 131 S. Ct. 1523, 179 L. Ed. 2d 341, 2011 U.S. LEXIS 1702.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 237.